IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARIJO ZIETLOW, MICHAEL YOUNG,
and KERRY GILLESPIE,

        Plaintiffs,

                                Case No. 14-cv-768-jdp

    v.

TASTE OF NEW ORLEANS, INC.,
ALABAMA'S DIXIELAND BAR-B Q, INC. and
SAM S. ROTOLO, JR.,

        Defendants-Counterclaimants,

    v.

MARIJO ZIETLOW,

        Counterclaim-Defendant.
_____

**STIPULATION AND ORDER FOR DISMISSAL**
_____

    IT IS HEREBY STIPULATED by and between the parties to this action, including all claims and counterclaims, that this matter may be dismissed with prejudice, in its entirety, on the merits and without costs to either party.

Dated: November 23, 2015

| AXLEY BRYNELSON, LLP | HAWKS QUINDEL, S.C. |
|---|---|
| s/ *Michael J. Modl* | s/ *Caitlin M. Madden* |
| Michael J. Modl | Caitlin M. Madden |
| Attorney for Defendants | David C. Zoeller |
| 2 E. Mifflin Street, Suite 200 | 222 West Washington Avenue, Suite 450 |
| Madison, WI 53703 | Madison, WI 53701-2155 |
| Telephone: (608) 257-5661 | Telephone: (608) 257-0040 |
| E-mail: mmodl@axley.com | E-mail: cmadden@hq-law.com |
| | dzoeller@hq-law.com |